THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Odell Dowdle, Appellant.
 
 
 

Appeal From Spartanburg County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.  2005-UP-447
Submitted July 1, 2005  Filed July 15, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, III,  of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Odell Dowdle appeals a conviction pursuant to a guilty plea of three counts of armed robbery and one count of breach of trust.  Dowdle filed a pro se brief.  Dowdles counsel filed a petition to be relieved as counsel.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.